# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BMO Harris Bank, N.A., a national banking association,

        Plaintiff,

v.

Harry Zoccoli et al,

        Defendants.

_____/

Case No. 18-11954

Judith E. Levy
United States District Judge

Mona K. Majzoub
Magistrate Judge

### ORDER FINDING THAT PLAINTIFF'S ACCOUNTING OF EXPENSES IS REASONABLE [71]

On April 15, 2021, the Court held, through audio-visual technology, a hearing on Plaintiff BMO Harris Bank N.A.'s motion for an order finding Defendant Harry Zoccoli, III in contempt of court and ordering a list of sanctions including fines and incarceration. (ECF No. 62.)

Before the Court is Plaintiff's affidavit submitted to demonstrate the reasonable expenses it incurred in filing the motion for contempt and in preparing and appearing for the April 2021 show cause hearing. (ECF No. 71.) The Court is familiar with Plaintiff's billing policies and has

previously found that Plaintiff's prior affidavits represented a reasonable accounting of expenses incurred in pursuing its claim. (ECF No. 68.)

The Court has reviewed Plaintiff's recent affidavit and determines that it represents a reasonable accounting of expenses incurred in pursuing the motion for contempt. Accordingly, pursuant to the Court's prior Order finding the payment of such expenses to be an appropriate sanction under Fed. R. Civ. P. 37(a)(5)(A), the Court ORDERS Defendant to reimburse Plaintiff in the amount of $2,700.00.

IT IS SO ORDERED.

Dated: May 3, 2021  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 3, 2021.

s/William J. Barkholz
WILLIAM J. BARKHOLZ
Case Manager